**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN DOE, I; JOHN DOE, II; JOHN DOE, III; JOHN DOE, IV; JOHN DOE, V; and JOHN DOE, VI, individually and on behalf of proposed class members, | No. 17-55435 |
| *Plaintiffs-Appellants,* | D.C. No. 2:05-cv-05133-SVW-MRW |
| v. | ORDER |
| NESTLE SA; NESTLE USA, INC.; NESTLE IVORY COAST; CARGILL INCORPORATED COMPANY; CARGILL COCOA; CARGILL WEST AFRICA, S. A., | |
| *Defendants-Appellees,* | |
| and | |
| ARCHER DANIELS MIDLAND COMPANY, | |
| *Defendant.* | |

On Remand from the Supreme Court of the United States

Filed July 29, 2021

Before:  D.W. Nelson and Morgan Christen, Circuit Judges,
and Edward F. Shea,[*] District Judge.

Order

**COUNSEL**

Paul L. Hoffman, John Washington, and Catherine Sweetser, Schonbrun Seplow Harris Hoffman & Zeldes LLP, Hermosa Beach, California; Terrence P. Collingsworth, International Human Rights Advocates, Washington, D.C.; for Plaintiffs-Appellants.

Theodore J. Boutrous, Jr., Abbey Hudson, Matthew A. Hoffman, and Perlette Michèle Jura, Gibson Dunn & Crutcher LLP, Los Angeles, California; Christopher B. Leach and Theodore B. Olson, Gibson Dunn & Crutcher LLP, Washington, D.C.; Colleen Sinzdak, David M. Foster, Craig A. Hoover, and Neal Kumar Katyal, Hogan Lovells US LLP, Washington, D.C.; for Defendant-Appellee Nestlé USA, Inc.

Andrew John Pincus and Kevin S. Ranlett, Mayer Brown LLP, Washington, D.C.; Lee H. Rubin, Mayer Brown LLP, Mayer Brown LLP, Palo Alto, California; for Defendant-Appellee Cargill Incorporated.

Marc B. Robertson and Richard A. Stamp, Washington Legal Foundation, Washington, D.C., for Amicus Curiae Washington Legal Foundation.

---

[*] The Honorable Edward F. Shea, United States District Judge for the Eastern District of Washington, sitting by designation.

**ORDER**

In accordance with the United States Supreme Court's opinion in *Nestle USA, Inc. v. Doe*, 593 U.S. ___ (2021), the judgment of the district court is affirmed.

**AFFIRMED.**